IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 31 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| GRADY L. SCOTT, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 1:04-CV-0256-C |
| § | ECF |
| § | |
| JO ANNE B. BARNHART, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed March 16, 2006 (Doc. 20). Neither party has filed objections within the 11-day period specified in 28 U.S.C. § 636(b)(1).

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a judgment in accordance with the terms of this order shall be entered forthwith.

DATED this 31st day of March, 2006.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE